1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

9

10   MELE SCHELL,                          CASE NO.: 8:22-CV-01846-SP

11

12                       Plaintiff,

13        -v-

14

15   COMMISSIONER OF SOCIAL SECURITY,

16                       Defendant.

17

18              **ORDER AWARDING ATTORNEY'S**
19      **FEES PURSUANT TO THE EQUAL ACCESS TO**
         **JUSTICE ACT, 28 U.S.C. § 2412 (d)**
20

21        Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal

22   Access to Justice Act, 28 U.S.C. § 2412(d) (docket no. 36).  Based on the

23   pleadings as well as the position of defendant commissioner, and recognizing

24

25   Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

26

27

28
                                         1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Nine Thousand Nine Hundred Dollars and Zero Cents ($9,900.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees may be made payable to Plaintiff's Attorney's Of Counsel firm,

**Olinsky Law Group** EIN 26-2258247

Any payment may be made either by electronic transfer fund (EFT) or by check.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, **the check shall be mailed to the following address:**

**Olinsky Law Group**
**250 S Clinton St Ste 210**
**Syracuse NY 13202**

In light of the parties' Stipulation and this order, plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (docket no. 32) is denied as moot.

It is so ordered.

Date: January 9, 2025

_____

Hon. Sheri Pym
United States Magistrate Judge

2